1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                      **FOR THE DISTRICT OF ARIZONA**

8

9   Bruce Alan Wilson,                    )   No. CV 09-2440-PHX-NVW
                                          )
10              Petitioner,               )   **ORDER**
                                          )   **and**
11      v.                                )   **DENIAL OF CERTIFICATE OF**
                                          )   **APPEALABILITY**
12                                        )
    Charles L. Ryan, el al.,              )
13                                        )
                Respondents.              )
14  _____     )

15          Pending before the court is the Report and Recommendation ("R&R") of Magistrate

16  Judge Duncan (Doc. 16) regarding petitioner's Petition for Writ of Habeas Corpus filed

17  pursuant to 28 U.S.C. § 2254 (Doc. # 1).  The R&R recommends that the Petition be denied

18  and dismissed with prejudice.  The Magistrate Judge advised the parties that they had

19  fourteen days to file objections to the R&R.  (R&R at 6 (citing 28 U.S.C. § 636(b)).

20  Petitioner filed objections on August 6, 2010.  (Doc. 18.)

21          The court has considered the objections and reviewed the Report and

22  Recommendation de novo.  *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the

23  court must make a de novo determination of those portions of the Report and

24  Recommendation to which specific objections are made).  The court agrees with the

25  Magistrate Judge's determinations, accepts the recommended decision within the meaning

26  of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections.  *See* 28 U.S.C. §

27  636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part,

28  the findings or recommendations made by the magistrate").

1    IT IS THEREFORE ORDERED that Report and Recommendation of the Magistrate

2    Judge (Doc. #16) is accepted.

3    IT IS FURTHER ORDERED that the Clerk of the Court enter judgment denying and

4    dismissing petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254

5    (Doc. # 1) with prejudice. The Clerk shall terminate this action.

6    Having considered the issuance of a Certificate of Appealability from the order

7    denying Petitioner's Petition for a Writ of Habeas Corpus and Petitioner's Motion for

8    Certificate of Appealability (Doc. 18), the Court FINDS: Certificate of Appealability and

9    leave to proceed *in forma pauperis* on appeal are **Denied**. Petitioner has not made a

10   substantial showing of the denial of a constitutional right. Petitioner's Motion for Certificate

11   of Appealability (Doc. 18) is denied.

12   DATED this 13th day of August, 2010.

13

14   _____

15   Neil V. Wake
     United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28